1012

THE STATE OF WASHINGTON, *Respondent,* v. CARROLL JOLLY, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 81-1-00393-4, Marshall Forrest, J., entered July 14, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Williams and Corbett, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. DAVID TAFLINGER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-00817-4, James J. Dore, J., entered June 18, 1981. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Williams and Corbett, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. BONITA JO THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-1-00762-1, Paul D. Hansen, J., entered February 10 and March 19, 1982. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Williams and Scholfield, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT W. PILAND, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-1-00358-8, Robert C. Bibb, J., entered January 7, 1982. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Swanson and Callow, JJ.